# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX: (315) 422-9331
LWOODARD@HARRISBEACH.COM

March 11, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

   Re:   John T. Brott - Case No. 06-32162

Dear Clerk:

   Enclosed please find a check in the amount of $296.45 for the benefit of Advanta Bank Corp., which represents their pro-rated share of dividends payable in the above case.

   Please be advised that the address of Advanta Bank is Attn: Don Lippolis/Bankruptcy Analyst, 40 E. Clementon Road, Gibbsboro, NJ 08026-1104.

                              Sincerely,

                              HARRIS BEACH PLLC

                              Lee E. Woodard /ca

                              Lee E. Woodard

LEW/ca
Enc.

RECEIVED
MAR 12 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY