# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

March 11, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    <u>John T. Brott - Case No. 06-32162</u>

Dear Clerk:

    Enclosed please find a check in the amount of $21.60 for the benefit of Citibank/Choice, Exception Payment Processing, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Citibank/Choice, Exception Payment Processing, is P.O. Box 6305, The Lakes, NV 88901-6305.

                          Sincerely,

                          HARRIS BEACH PLLC

                          Lee E. Woodard

LEW/ca
Enc.

RECEIVED

MAR 12 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY